UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  STEVEN WAYNE BONILLA | No. 2:25-cv-00885-WBS-CSK |
| | No. 2:25-cv-00886-WBS-CSK |
| | No. 2:25-cv-00924-WBS-CSK |
| | No. 2:25-cv-01041-WBS-CSK |
| | No. 2:25-cv-01060-WBS-CSK |
| | ORDER |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for

1

1  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

2  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

3      The Court has reviewed the complaints/petitions filed in the above-captioned cases and

4  finds they are related to Plaintiff's Alameda County criminal conviction.

5      Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00885, 2:25-cv-00886, 2:25-cv-

6  00924, 2:25-cv-01041 and 2:25-cv-01060 are DISMISSED; the Clerk of the Court is directed to

7  close these cases.  No further filings will be accepted.

8  Dated:  May 2, 2025

9      WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

2